UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKEAL GLENN STINE,<br><br>    Petitioner,<br><br>    v.<br><br>MR. L. MILUSNIC, Warden, Metropolitan Detention Center, Los Angeles, California,<br><br>    Respondent. | Case No. 2:17-cv-02079-RGK (SHK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Petition for Writ of Habeas Corpus, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court has engaged in de novo review of the Report, to which Petitioner has not objected. The Court accepts the findings and recommendation of the Magistrate Judge.

  IT IS THEREFORE ORDERED that Judgment be entered dismissing this action with prejudice and without leave to amend.

Dated: March 08, 2018

*/s/ Gary Klausner*
———————————————
HONORABLE R. GARY KLAUSNER
United States District Judge