JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKEAL GLENN STINE,<br><br>Petitioner,<br><br>v.<br><br>MR. L. MILUSNIC, Warden, Metropolitan Detention Center, Los Angeles, California,<br><br>Respondent. | Case No. 2:17-cv-02079-RGK (SHK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: March 08, 2018

*Gary Klausner*

HONORABLE R. GARY KLAUSNER
United States District Judge